**People of the State of Illinois, Plaintiff-Appellee, v. Alvin Riggs, Defendant-Appellant.**

**Gen. No. 53,507.** 

First District, Second Division.

October 14, 1969.

Aaron Payne, of Chicago, for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago, for appellee. Opinion by JUSTICE BURKE. Not to be published in full.